United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Michael S. Farrier  
    Debtor

Case No. 21-10115-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 19, 2021 | Form ID: 130 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

**Recip ID**     **Recipient Name and Address**  
db             Michael S. Farrier, 1200 Olive St., Reading, PA 19604

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:**

**Name**             **Email Address**

SCOTT F. WATERMAN (Chapter 13)  
            ECFMail@ReadingCh13.com

SHARON S. MASTERS  
            on behalf of Debtor Michael S. Farrier shmasters@hotmail.com G65312@notify.cincompass.com

United States Trustee  
            USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                                          Chapter: 13

    Michael S. Farrier

        Debtor(s)                                Bankruptcy No: 21−10115−pmm

*O R D E R*

**AND NOW,** this 19th day of January 2021 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Matrix List of Creditors due 01/25/2021

    Atty Disclosure Statement due 02/1/2021
    Chapter 13 Plan due by 02/1/2021
    Chapter 13 Statement of Your Current Monthly Income and
    Calculation of Commitment Period Form 122C−1(old)Due 02/1/2021
    Schedules AB−J due 02/1/2021
    Statement of Financial Affairs due 02/1/2021
    Summary of Assets and Liabilities Form B106 due 02/1/2021
    Means Test Calculation Form 122C−2 − <I>If Applicable</I> − Due: 2/1/2021

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

5
Form 130