**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michael S. Farrier            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 21-10115 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2004-3 Asset-Backed Notes and index same on the master mailing list.

                                Respectfully submitted,

                                /s/ *Rebecca Solarz*
                                Rebecca Solarz
                                21 Jan 2021, 15:38:23, EST

                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322