-

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

| | |
|---|---|
| IN RE: Michel Farrier | : CHAPTER 13 |
| Debtor | : NO. 21-10115 (PMM_ |

**ORDER**

AND NOW, this 2nd day of February, 2021, it is hereby ORDERED that the Motion for Extension of Time to File Schedules and Other Documents is GRANTED.  Debtor shall have until February 11, 2021 to file all documents necessary to complete the case.

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge