## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Michael S. Farrier, | : | Case No. 21-10115 (PMM) |
| | : | |
| Debtor. | : | |

### ORDER TO SHOW CAUSE WHY
### DEBTOR'S CASE SHOULD NOT BE DISMISSED
### FOR FAILURE TO PAY FILING FEE

**AND NOW,** the Debtor's Application to Pay Filing Fee in Installments having been granted on January 18, 2021, see Doc. # 6;

**AND**, pursuant to the January 18th Order, the first payment of $200.00 having been due on or before January 28, 2021;

**AND**, the second payment of $113.00 having been due on or before February 15, 2021;

**AND,** a review of the docket reveals that the Debtor has failed to pay the first and second installments under the January 18th Order, leaving a **balance due of $313.00**;

**IT IS THERFORE ORDERED,** that a hearing shall be held **on Tuesday, March 30, 2021 at 11:00 a.m.** to consider why this bankruptcy case should not be **DISMISSED**. The hearing will be conducted telephonically. The dial-in telephone number is 1-888-636-3807 and the access code is 495 44 93.

It is further **ORDERED**, that failure to appear for the hearing may result in dismissal of this case without further notice or hearing.

Date: March 10, 2021

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE