United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-10115-pmm
Michael S. Farrier  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Mar 11, 2021 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Michael S. Farrier, 1200 Olive St., Reading, PA 19604 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2021  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| REBECCA ANN SOLARZ | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2004-3 Asset-Backed Notes bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| SHARON S. MASTERS | on behalf of Debtor Michael S. Farrier shmasters@hotmail.com G65312@notify.cincompass.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Michael S. Farrier, | : | Case No. 21-10115 (PMM) |
| | : | |
| Debtor. | : | |

**ORDER TO SHOW CAUSE WHY**
**DEBTOR'S CASE SHOULD NOT BE DISMISSED**
**FOR FAILURE TO PAY FILING FEE**

**AND NOW,** the Debtor's Application to Pay Filing Fee in Installments having been granted on January 18, 2021, see Doc. # 6;

**AND**, pursuant to the January 18th Order, the first payment of $200.00 having been due on or before January 28, 2021;

**AND**, the second payment of $113.00 having been due on or before February 15, 2021;

**AND,** a review of the docket reveals that the Debtor has failed to pay the first and second installments under the January 18th Order, leaving a **balance due of $313.00**;

**IT IS THERFORE ORDERED,** that a hearing shall be held **on Tuesday, March 30, 2021 at 11:00 a.m.** to consider why this bankruptcy case should not be **DISMISSED**. The hearing will be conducted telephonically. The dial-in telephone number is 1-888-636-3807 and the access code is 495 44 93.

It is further **ORDERED**, that failure to appear for the hearing may result in dismissal of this case without further notice or hearing.

Date: March 10, 2021

_Patricia M. Mayer_
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE