UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Michael S. Farrier | Bankruptcy No.21-10115-PMM |
| Debtor | |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 11th day of May, 2021, by first class mail upon those listed below:

Michael S. Farrier
1200 Olive St.
Reading, PA  19604

**Electronically via CM/ECF System Only:**

SHARON S MASTERS ESQ
THE LAW OFFICE OF SHARON S MASTERS
2201 PENNSYLVANIA AVENUE #517
PHILADELPHIA, PA  19130

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee