| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 21-10115-PMM**

| | |
|---|---|
| Michael S. Farrier | Petition Filed Date: 01/16/2021 |
| 1200 Olive St. | 341 Hearing Date: 03/16/2021 |
| Reading  PA   19604 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/25/2021 | $103.00 | | 03/11/2021 | $103.00 | | 04/12/2021 | $103.00 | |
| 05/11/2021 | $103.00 | | | | | | | |

**Total Receipts for the Period: $412.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $412.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $1,836.14 | $0.00 | $0.00 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $4,377.84 | $0.00 | $0.00 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 001 | Unsecured Creditors | $3,402.93 | $0.00 | $0.00 |
| 4 | CHASE BANK USA NA<br>»» 002 | Unsecured Creditors | $2,006.27 | $0.00 | $0.00 |
| 5 | CAPITAL ONE AUTO FINANCE<br>»» 003 | Secured Creditors | $553.73 | $0.00 | $0.00 |
| 6 | SELECT PORTFOLIO SERVICING INC<br>»» 004 | Mortgage Arrears | $10,534.47 | $0.00 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 05S | Secured Creditors | $25,033.11 | $0.00 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Creditors | $9,952.13 | $0.00 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 05U | Unsecured Creditors | $44,143.90 | $0.00 | $0.00 |
| 10 | PERITUS PORTFOLIO SERVICES II, LLC<br>»» 006 | Unsecured Creditors | $12,247.78 | $0.00 | $0.00 |
| 11 | PA DEPARTMENT OF REVENUE<br>»» 09P | Priority Creditors | $3,050.89 | $0.00 | $0.00 |
| 12 | PA DEPARTMENT OF REVENUE<br>»» 09U | Unsecured Creditors | $453.85 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-10115-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $412.00 | Current Monthly Payment: | $103.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $31.93 | Total Plan Base: | $11,700.00 |
| Funds on Hand: | $380.07 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.