United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Michael S. Farrier  
    Debtor

Case No. 21-10115-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Aug 19, 2021      Form ID: pdf900      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Michael S. Farrier, 1200 Olive St., Reading, PA 19604 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14577477 | + | Citicards CBNA, PO 6217, POB 965005, Orlando, FL 32896-5005 |
| 14587420 | | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14577976 | + | Deutsche Bank National Trust Company, as Indenture, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14583897 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14577480 | + | Select Portfolio Servicing, POB 65250, Salt Lake City, UT 84165-0250 |
| 14590939 | | UHG, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 19 2021 23:47:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14577475 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Aug 19 2021 23:49:00 | Capital One Auto Finance, POB 259407, Plano, TX 75025-9407 |
| 14578263 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Aug 19 2021 23:48:59 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14584719 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Aug 19 2021 23:49:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14583798 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 20 2021 00:00:30 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14577476 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 19 2021 23:49:04 | Capital One Bank USA NA, POB 31293, Salt Lake City, UT 84131-0293 |
| 14577481 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 19 2021 23:47:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 14592487 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 19 2021 23:47:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14577478 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 19 2021 23:49:08 | JCMCB Card Services, POB 15369, Wilmington, DE 19850 |
| 14592008 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2021 23:49:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14577479 | + | Email/Text: Documentfiling@lciinc.com | | |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Aug 19, 2021 | Form ID: pdf900 | Total Noticed: 24

| | | Aug 19 2021 23:47:00 | Lending Club Corp, 595 Market St. Ste. 200, San Francisco, CA 94105-2807 |
|---|---|---|---|
| 14577483 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 19 2021 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14577484 | | 2 |
| 14577482 | | CITY OF PHILADELPHIA LAW DEPT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FL. PHILADE |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2021 at the address(es) listed below:

**Name** — **Email Address**

REBECCA ANN SOLARZ
  on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2004-3 Asset-Backed Notes bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
  on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
  ECFMail@ReadingCh13.com

SHARON S. MASTERS
  on behalf of Debtor Michael S. Farrier shmasters@hotmail.com G65312@notify.cincompass.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　Michael S. Farrier<br><br>　　　　　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 21-10115-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: August 19, 2021**　　　　　　　　　　　PATRICIA M. MAYER
　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE